No. 1,328.—THE MONTANA MINING CO., APPELLANT, *v.* THE ST. LOUIS MINING & M. CO., RESPONDENT.

*Appeal from District Court, Lewis and Clark County.*

Decided January 9, 1906.

PER CURIAM.—It is hereby ordered that the judgment of the court below made and entered on the 13th day of August, A. D. 1898, be and the same is hereby affirmed at the cost of appellant, in accordance with stipulation of counsel on file herein.

*Messrs. Cullen, Day & Cullen,* for Appellant.

*Messrs. Toole & Bach,* for Respondent.

---

No. 2,272.—IN THE MATTER OF THE APPLICATION OF MATTEO VALLERO FOR WRIT OF HABEAS CORPUS.

Original application for writ of *habeas corpus.*

Decided January 31, 1906.

PER CURIAM.—Petitioner's application for writ of *habeas corpus* is hereby denied.

*Mr. Jesse B. Roote,* and *Mr. Peter Breen,* for Petitioner.